UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **THY MA STIMAC, individually and on behalf of a class of similarly situated individuals,**<br><br>38 Winslow Park Dr.<br>Catonsville, Maryland 21228<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDSTAR HEALTH, INC.,**<br><br>10980 Grantchester Way<br>Columbia, Maryland 21044<br><br>*Defendant.* | Case No. 1:25-cv-01693-SAG<br><br>**CLASS ACTION** |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant MedStar Health, Inc. ("Defendant"), by and through undersigned counsel, respectfully submit this Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint by thirty (30) days. In support, Defendant states as follows:

1. Plaintiff Thy Ma Stimac filed this action in the United States District Court for the District of Maryland on May 28, 2025.

2. Defendant was served the Complaint on June 11, 2025, making an answer to the Complaint due on July 2, 2025.

3. Defendant requires additional time to investigate the allegations in the Complaint, as counsel for Defendant will be out of the country from June 13 to June 19, 2025, and will be traveling due to other matters and attending a conference from June 20 to June 27, 2025. Each of these obligations was scheduled before the Plaintiff filed a Complaint.

1

4.      Plaintiff's counsel consented to the relief sought in this motion during a meet and conference held on June 12, 2025.

5.      Thus, Defendant respectfully requests an additional thirty (30) days until August 1, 2025, to Answer or Otherwise Respond to the Complaint, permitting it to investigate the claims and respond to Plaintiff's allegations.

6.      This is the first extension requested in connection with this filing and is being made in good faith, in the interest of justice, and not for the purpose of delay.

WHEREFORE, Defendant respectfully requests that this Court grant Defendant's Motion for Extension of Time to Answer or Otherwise Respond by thirty (30) days. A Proposed Order is attached for the Court's consideration.

Dated: June 13, 2025                                    Respectfully submitted,

*/s/ D'Ontae D. Sylvertooth*
D'Ontae D. Sylvertooth, D. Md. 21812
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., 10th Floor
Washington, D.C.  20006
Tel:  (202) 887-0855
Fax:  (202) 887-0866
dontae.sylvertooth@ogletree.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be filed via the Court's CM/ECF system, which served an electronic copy to Plaintiff's counsel:

*// s // Adam H. Farra*
Adam Farra (No. 18599)
Times Wang (No. 30858)
FARRA & WANG PLLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
afarra@farrawang.com
twang@farrawang.com
(202) 505-5990

Mariyam Hussain
BERGER MONTAGUE PC
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
mhussain@bm.net
(773) 666-4316

Michael C. Dell'Angelo
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
mdellangelo@bm.net
mwallin@bm.net
(215) 875-3080

*Attorneys for Thy Ma Stimac and the Putative Class*

*/s/D'Ontae D. Sylvertooth*
D'Ontae D. Sylvertooth, D. Md. 21812

*Attorney for Defendant*

3