IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THY MA STIMAC, individually and on behalf of a class of similarly situated individuals,<br><br>38 Winslow Park Dr.<br>Catonsville, Maryland 21228<br><br>*Plaintiff*,<br><br>v.<br><br>MEDSTAR HEALTH, INC.,<br><br>10980 Grantchester Way<br>Columbia, Maryland 21044<br><br>*Defendant*. | Case No. 1:25-cv-01693-SAG<br><br>CLASS ACTION |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 103.3 and Federal Rule of Civil Procedure 7.1, Defendants MedStar Health, Inc. submit the following Corporate Disclosure Statement:

Defendant MedStar Health, Inc. is a Maryland not-for-profit corporation that is not publicly held and has no parent company. No corporation, unincorporated association, partnership, or other business entity that is not a party to this case has a financial interest in the outcome of this litigation.

Dated: June 13, 2025                             Respectfully submitted,

                                                    */s/ D'Ontae D. Sylvertooth*
                                                  D'Ontae D. Sylvertooth, D. Md. 21812
                                                  OGLETREE, DEAKINS, NASH,
                                                  SMOAK & STEWART, P.C.
                                                  1909 K Street, N.W., 10th Floor
                                                  Washington, D.C.  20006
                                                  Tel:  (202) 887-0855
                                                  Fax:  (202) 887-0866
                                                  dontae.sylvertooth@ogletree.com

                                                  *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be filed via the Court's CM/ECF system, which served an electronic copy to Plaintiff's counsel:

                                    // s // *Adam H. Farra*
                                    Adam Farra (No. 18599)
                                    Times Wang (No. 30858)
                                    FARRA & WANG PLLC
                              1300 I Street N.W., Suite 400E
                                    Washington, D.C. 20005
                                     afarra@farrawang.com
                                     twang@farrawang.com
                                      (202) 505-5990

                                     Mariyam Hussain
                                    BERGER MONTAGUE PC
                              110 N. Wacker Drive, Suite 2500
                                     Chicago, IL 60606
                                     mhussain@bm.net
                                     (773) 666-4316

Michael C. Dell'Angelo
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
mdellangelo@bm.net
mwallin@bm.net
(215) 875-3080

*Attorneys for Thy Ma Stimac and the Putative Class*

                                                */s/D'Ontae D. Sylvertooth*
                                                D'Ontae D. Sylvertooth, D. Md. 21812

                                                *Attorney for Defendant*