UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **THY MA STIMAC, individually and on behalf of a class of similarly situated individuals,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDSTAR HEALTH, INC.,**<br><br><br>*Defendant*. | Case No. 1:25-cv-01693-SAG<br><br>**CLASS ACTION** |

### DEFENDANT'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant MedStar Health, Inc. ("Defendant"), by and through undersigned counsel, and with consent of Plaintiff's counsel, respectfully submits this Second Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. In support, Defendant states as follows:

1. Plaintiff Thy Ma Stimac filed this action in the United States District Court for the District of Maryland on May 28, 2025.

2. On June 13, 2025, Defendant's requested an extension of time to Answer or Otherwise Respond to the Complaint until August 1, 2025, which was granted by this Court on that same day.

3. Since the filing of the previous motion, the parties have met and conferred, and determined that an initial exchange of information and documentation would be helpful, and as such, request the following responsive schedule:

    a. Defendant must file its Answer or Otherwise Respond to Plaintiff's Complaint no later than September 4, 2025;

1

      b. If Defendant responds by Motion rather than an Answer, then Plaintiff will have thirty (30) days to respond after submission of such motion.

WHEREFORE, Defendant respectfully requests that this Court grant its Second Motion for Extension of Time to Answer or Otherwise Respond by adopting the responsive schedule above. A Proposed Order is attached for the Court's consideration.

Dated: July 31, 2025                  Respectfully submitted,

                                           */s/ D'Ontae D. Sylvertooth*
D'Ontae D. Sylvertooth, D. Md. 21812
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., 10th Floor
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
dontae.sylvertooth@ogletree.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I caused the foregoing to be filed via the Court's CM/ECF system, which served an electronic copy to Plaintiff's counsel:

Adam Farra (No. 18599)
Times Wang (No. 30858)
FARRA & WANG PLLC
1300 I Street N.W., Suite 400E
Washington, D.C. 20005
afarra@farrawang.com
twang@farrawang.com
(202) 505-5990

Mariyam Hussain
BERGER MONTAGUE PC
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
mhussain@bm.net
(773) 666-4316

Michael C. Dell'Angelo
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
mdellangelo@bm.net
mwallin@bm.net
(215) 875-3080

*Attorneys for Thy Ma Stimac and the Putative Class*

/s/D'Ontae D. Sylvertooth
D'Ontae D. Sylvertooth, D. Md. 21812

*Attorney for Defendant*