UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| THY MA STIMAC, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>**MEDSTAR HEALTH, INC.**,<br><br><br>*Defendant*. | Case No. 1:25-cv-01693-SAG<br><br>CLASS ACTION |

**[PROPOSED] ORDER**

Upon consideration of Defendant MedStar Health, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint, any opposition thereto, and the entire record, it is this _____ day of _____, _____,

ORDERED, that Defendant's Motion to Dismiss is hereby GRANTED, and it is further

ORDERED, that Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

_____
Judge Stephanie A. Gallagher
UNITED STATES DISTRICT COURT JUDGE